08 MAR 26 PM 3:18

BY: ECC   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   '08 CR 0892 W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation |
| SEAN NICHOLAS GILBERT, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about February 15, 2008, within the Southern District of California, defendant SEAN NICHOLAS GILBERT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Angelica Lima-Badillo, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JDM:fer:San Diego
3/25/08

### Count 2

On or about February 15, 2008, within the Southern District of California, defendant SEAN NICHOLAS GILBERT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Angelica Lima-Badillo, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 3

On or about February 15, 2008, within the Southern District of California, defendant SEAN NICHOLAS GILBERT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Veronica Berenice Canchola-Aguilera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

### Count 4

On or about February 15, 2008, within the Southern District of California, defendant SEAN NICHOLAS GILBERT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Veronica Berenice Canchola-Aguilera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 5

On or about February 15, 2008, within the Southern District of California, defendant SEAN NICHOLAS GILBERT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Soledad Zendejas-Ortiz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financi al gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

### Count 6

On or about February 15, 2008, within the Southern District of California, defendant SEAN NICHOLAS GILBERT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Soledad Zendejas-Ortiz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: March 26, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney