FILED
08 MAR 26 PM 4:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR892-W |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| SEAN NICHOLAS GILBERT, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to United States of America v. Sean Nicholas Gilbert, Criminal Case No. 08CR0586-W.

   DATED: March 26, 2008.

                                KAREN P. HEWITT
                                United States Attorney

                                J. Moore
                                JEFFREY D. MOORE
                                Assistant U.S. Attorney