1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: elizabeth_barros@fd.org

5 | Attorneys for Sean Nicholas Gilbert

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0892-W |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| SEAN NICHOLAS GILBERT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

James C. Alvord
fallbrookjim@sbcglobal.net; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    May 13, 2008           /s/ Elizabeth M. Barros
                                 **ELIZABETH M. BARROS**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Sean Nicholas Gilbert